UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Case Number __CR16-0100__   Defendant Number __1__

U.S.A. v. __William Kyle Morarity__   Year of Birth __1984__

☐ Indictment   ☒ Information   Investigative Agency (FBI, DEA, etc.) __FBI__

FILED 2016 FEB 26 PM 1:37 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."

### OFFENSE/VENUE

a. Offense charged as a:

☐ Class A Misdemeanor ☐ Minor Offense ☐ Petty Offense ☐ Class B Misdemeanor   ☐ Class C Misdemeanor   ☒ Felony

b. Date of Offense: __On or about 12/19/2015__

c. County in which first offense occurred:

__Los Angeles__

d. The crimes charged re alleged to have been committed in:

CHECK ALL THAT APPLY

☒ Los Angeles   ☐ Ventura
☐ Orange   ☐ Santa Barbara
☐ Riverside   ☐ San Luis Obispo
☐ San Bernardino   ☐ Other _____

Citation of Offense __17 U.S.C. § 506(a)(1)(C) and 18 U.S.C. §§ 2319(a), (d)(1)__

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☒ No   ☐ Yes

If YES   Case Number __N/A__

Pursuant to General Order 14-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any, MUST MATCH NOTICE OF RELATED CASE __N/A__

### PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: __N/A__

Case Number __N/A__

Charging __N/A__

The complaint:   ☐ is still pending

☐ was dismissed on: __N/A__

### PREVIOUS COUNSEL

Was defendant previously represented:   ☒ No   ☐ Yes

If YES, provide, Name: __N/A__

Phone Number: __N/A__

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
☐ Yes*   ☒ No

Will more than 12 days be required to present government's evidence in the case-in-chief:
☐ Yes*   ☒ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### Superseding Indictment/Information

IS THIS A NEW DEFENDANT?   ☒ Yes   ☐ No

This is the __N/A__ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
__N/A__
Case Number __N/A__
The superseded case:

☐ is still pending before Judge/Magistrate Judge
__N/A__
☐ was previously dismissed on __N/A__
Are there 8 or more defendants in the superseding case?
☐ Yes*   ☒ No
Will more than 12 days be required to present government's evidence in case-in-chief?
☐ Yes*   ☒ No

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?

☐ Yes     ☒ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?     ☐ YES     ☒ NO
If YES, list language and/or dialect:

N/A

**OTHER**

☒ Male     ☐ Female

☒ U.S. Citizen     ☐ Alien

Alias Name(s) "clutchit"

This defendant is charged in:     ☒ All counts
☐ Only counts: N/A

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?     ☐ Yes     ☒ No
If YES, should matter be sealed?     ☐ Yes     ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud     ☐ public corruption
☐ government fraud               ☐ tax offenses
☐ environmental issues           ☐ mail/wire fraud
☐ narcotics offenses             ☐ immigration offenses
☐ violent crimes/firearms        ☐ corporate fraud
☒ Other  intellectual property offenses

**CUSTODY STATUS**

Defendant is **not** in custody:

a. Date and time of arrest on complaint: N/A

b. Posted bond at complaint level on: N/A

   in the amount of $ N/A

c. PSA supervision:     ☒ Yes     ☐ No

d. Is on bail or release from another district:

   N/A

Defendant is in custody:

a. Place of incarceration:     ☐ State     ☐ Federal

b. Name of institution: N/A

c. If Federal: U.S. Marshal's Registration Number:

   N/A

d. ☐ Solely on this charge. Date and time of arrest:

   N/A

e. On another conviction:     ☐ Yes     ☐ No
   IF YES:     ☐ State     ☐ Federal     ☐ Writ of issue

f. Awaiting trial on other charges:     ☐ Yes     ☐ No
   IF YES:     ☐ State     ☐ Federal     AND

   Name of Court: N/A

Date transferred to federal custody: N/A

This person/proceeding is transferred from another district
Pursuant to F.R.Cr.P.     _____ 20     _____ 21     _____ 40

---

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: N/A

Date: 2/25/2016

*Jennie L. Wang* (signature)
Signature of Assistant U.S. Attorney

Jennie L. Wang
Print Name