FILED
CLERK U.S. DISTRICT COURT
MAR 30 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | CR No. CR16-00100-SVW |
| v. | |
| WILLIAM KYLE MORARITY, | WAIVER OF INDICTMENT |
| DEFENDANT(S) | |

I, WILLIAM KYLE MORARITY, the above-named defendant, who is accused of uploading copyrighted work being prepared for commercial distribution, in violation of 17 U.S.C. § 506(a)(1)(C) and 18 U.S.C. §§ 2319(a), (d)(1), being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____, prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

Date: 2/25/16

_____
Defendant

_____
Counsel for Defendant

If defendant is not an English speaker, include the following:

I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this Waiver of Indictment from English into _____ to the above-named defendant, on this date.

Date: 3/30/16

_____
Interpreter

Before _____
Judicial Officer