UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | 2:16-cr-00100-SVW |
| Date | March 31, 2016 |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

Interpreter

| Paul M. Cruz | Deborah Gackle | Jennie Wang |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| William Kyle Morarity | X | | X | Michael D. Grahn | X | | X |

**Proceedings:**   ARRAIGNMENT & PLEA

- __X__  Waiver of Indictment filed
- _____  Defendant is ARRAIGNED and specifically advised of his rights in exact language contained in "Statement of Defendant's Constitutional Rights".
- _____  Defendant states true name is _as charged_.
- __X__  COPY information given deft.
- __X__  Court questions defendant regarding his physical and mental condition, and advises defendant of the nature and possible consequences of said plea.
- __X__  Defendant waives reading of Information.
- _____  Defendant moves to change plea to the SUPERSEDING Information.  ORDER Motion granted.
- __X__  Defendant sworn
- __X__  Defendant enters plea of GUILTY to Count One of the Information.
- __X__  The Court questions the defendant regarding plea of GUILTY and FINDS that a factual basis has been laid and Further FINDS the plea is knowledgeable and voluntarily made.  The Court ORDERS the plea accepted and entered.
- __X__  The Court refers the defendant to the Probation Office for investigation and report and the matter is continued to _June 13, 2016 at 11:00 a.m._ for sentencing.
- _____  The Court Further ORDERS _____
- _____  Other _____
- _____  Plea agreement marked as exhibit 1. (attached hereto)

|  | : | 15 |
|---|---|---|
|  | Initials of Deputy Clerk | PMC |

cc:  USPO
     USM
     PSLA